to reduce the judgment as entered to the sum of $15,257.45; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial on the ground that the verdict is against the weight of the credible evidence. Settle order on notice.

HELEN SHAW LESSER, Respondent, v. IRVING LESSER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

AMERICAN SCOTTI CORPORATION and S. A. SCOTTI & C., OF MONZA, ITALY, Respondents, v. HENRY POLLAK, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

IRENE KELLY, Appellant, v. HARRIET METZ LIVERMORE, Respondent. CHARLOTTE M. POWELL, Appellant, v. HARRIET METZ LIVERMORE, Respondent. EDWIN H. TOMPKINS, Appellant, v. HARRIET METZ LIVERMORE, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

CHARLES H. HIGGINS, Appellant, v. CITY BANK FARMERS TRUST COMPANY and KATHARINE C. SLOAN, as Executors, etc., of SAMUEL SLOAN, Deceased, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; Dore, J., taking no part.

In the Matter of the Application of PREVER TRADING CO., INC., Respondent, against JOHN J. BENNETT, JR., Attorney-General of the State of New York, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act Directing Said Respondent [Appellant] to Return Certain Books, Papers and Records to the Petitioner Herein.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of PHILIP KLEIN, as Treasurer of Radio Union Local B-1010 of the International Brotherhood of Electrical Workers, for an Order, in Accordance with Section 1450 of the Civil Practice Act, Directing that an Arbitration Proceed under the Contract between Said Union and PRESTO RECORD-ING CORPORATION. PHILIP KLEIN, as Treasurer, etc., Petitioner, Respondent; PRESTO RECORDING CORPORATION, Appellant; FRANK SULLIVAN, as President of Local 430 of the United Electrical, Radio and Machine Workers of America, C. I. O., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of PHILIP KLEIN, as Treasurer of Radio Union Local B-1010 of the International Brotherhood of Electrical Workers, for an Order, in Accordance with Section 1450 of the Civil Practice Act, Directing that an Arbitration Proceed under the Contract between Said Union and PRESTO RECORD-ING CORPORATION. PHILIP KLEIN, as Treasurer, etc., Petitioner, Respondent; FRANK SULLIVAN, as President of Local 430 of the United Electrical, Radio and Machine Workers of America, C. I. O., Appellant; PRESTO RECORDING CORPORA-TION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.